UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 05-cv-00154-REB-CBS

LaRUE TROWELL,

    Plaintiff,

v.

ARAPAHOE HOUSE, INC., et al.,

    Defendants.
_____

**ORDER VACATING SETTLEMENT CONFERENCE**
_____

The Court having reviewed Agreed Motion to Vacate Settlement Conference (filed February 1, 2006; *doc. no. 34*) and being adequately advised in the premises,

IT IS HEREBY ORDERED that the instant motion is **GRANTED**. The settlement conference scheduled for February 21, 2006, at 9:00 a.m. is **VACATED**. It is further

**ORDERED** that parties are to contact Chambers at **303.844.2117** if they feel the Court can be of assistance in resetting a further settlement proceedings.

DATED at Denver, Colorado, this 3rd day of February, 2006.

                              BY THE COURT:

                              *s/Craig B. Shaffer*
                              Craig B. Shaffer
                              United States Magistrate Judge