**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00154-REB-CBS

LaRUE TROWELL,

    Plaintiff,

v.

ARAPAHOE HOUSE, INC.,
SYLVIA FRANCIS,
ROGER SEE, and
GUY WALKER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

On March 28, 2006, the parties filed a **Joint Stipulation for Dismissal With Prejudice** [#42] and a **Voluntary Dismissal With Prejudice of Defendants Sylvia Francis, Roger See and Guy Walker** [#43]. After careful review of the stipulation, the voluntary dismissa,l and the file, the court has concluded that the stipulation and the voluntary dismissal should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal With Prejudice** [#42] and a **Voluntary Dismissal With Prejudice of Defendants Sylvia Francis, Roger See and Guy Walker** [#43], both filed on March 28, 2006, are **APPROVED**;

1

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3.  That the Trial Preparation Conference set for July 14, 2006, is **VACATED**;

4.  That the jury trial set to commence July 31, 2006, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated March 28, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**